The Oriental Bank, Respondent, *v.* Saverio Gallo, Appellant.

*Oriental Bank* v. *Gallo*, 112 App. Div. 360, affirmed.
(Submitted April 19, 1907; decided May 7, 1907.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover the amount of a certified check deposited by the defendant with the plaintiff bank upon the ground that the indorsement prior to defendant's was a forgery.

*J. Stewart Ross* and *Effingham L. Holywell* for appellant.

*De Witt Bailey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cullen, Ch. J.; Gray, Edward T. Bartlett, Haight, Werner, Willard Bartlett and Hiscock, JJ.